# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

147198(36)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

DAMIAN LANG,
      Plaintiff-Appellant,

v

GREENPOINT MORTGAGE FUNDING,
      Defendant-Appellee,

and

CAROL WALSH and STARPOINTE
MORTGAGE,
      Defendants.

SC: 147198
COA: 307141
Oakland CC: 2010-115921-CH

_____/

      On order of the Court, the motion for reconsideration of this Court's September 3, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

h1118